MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMEH ABDEL MONEM HUSSEIN, ) | No. C 10-3431 EDL |
|                 Plaintiff, ) | |
|   v. ) | **STIPULATION TO DISMISS;** ~~**PROPOSED**~~ **ORDER** |
| ERIC H. HOLDER, Attorney General of the ) United States, et al., ) | |
|               Defendants. ) | |

      On August 4, 2010, Plaintiff filed a petition for a hearing on his naturalization application, pursuant to 8 U.S.C. § 1447(b). Defendants have informed Plaintiff that they are prepared to adjudicate his application, and will do so within thirty days of dismissal of this action. Accordingly, the parties request the Court to dismiss this action, without prejudice.

///

///

///

///

///

///

///

STIPULATION TO DISMISS
No. C 10-3431 EDL

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: November 9, 2010                    Respectfully submitted,

3 |                                                             MELINDA HAAG
                                                                United States Attorney

5 |                                                             _____/s/_____
                                                                MELANIE L. PROCTOR[1]
6 |                                                             Assistant United States Attorney
                                                                Attorneys for Defendants

7 | Dated: November 9, 2010

9 |                                                             _____/s/_____
                                                                SAMEH ABDEL MONEM HUSSEIN
                                                                Pro Se

**PROPOSED ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED. The Clerk shall close the file.

Dated:    November 10, 2010

ELIZABETH D. LAPORTE
United States ~~District~~ Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have obtained concurrence from Plaintiff in the filing of this document.

STIPULATION TO DISMISS
No. C 10-3431 EDL                      2